IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 123 |
| | ) | |
| WILLIAM GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, WILLIAM GARRETT, as a result of the Indictment returned against him on November 16, 2006.

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: November 16, 2006

AND NOW, this __16__ day of __November__, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of WILLIAM GARRETT.

Honorable Mary Pat Thynge
United States Magistrate Judge