≋AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

WILLIAM L. GARRETT

**WARRANT FOR ARREST**

Case Number: CR 06-123-UNA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     WILLIAM L. GARRETT
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

TAX EVASION - ( COUNTS I, III, V, VII )
FAILURE TO FILE A TAX RETURN - ( COUNTS II, IV, VI, VIII )

*[FILED stamp: 2006 NOV 22 AM 10: 08 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

in violation of Title    26    United States Code, Section(s)    7201 AND 26:7203

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: *[signature]* ; DEPUTY CLERK
Signature of Issuing Officer

NOVEMBER 17, 2006 at WILMINGTON, DE
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE 19801

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-17-06 | William David, DUSM | *[signature]* William David |
| DATE OF ARREST | | |
| 11-20-06 | | |