UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　CASE NO. CR 06-123 (SLR)
　　　　vs.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
William Garrett　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *December 11, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *January 31, 2007.* The time between the date of this order and *January 31, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
　　United States Attorney



FILED

DEC 1 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE