IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-123-SLR |
| ) | |
| WILLIAM L. GARRETT, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 6th day of February, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, February 15, 2007** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge