IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-123-SLR |
| ) | |
| WILLIAM L. GARRETT, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Beth Moskow-Schnoll.

> COLM F. CONNOLLY
> United States Attorney
>
> By: _/s/ Beth Moskow-Schnoll_
> Beth Moskow-Schnoll
> Assistant United States Attorney
> Nemours Building, #700
> P.O. Box 2046
> Wilmington, Delaware 19899-2046
> beth.moskow@usdoj.gov

Dated: 2-7-07

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06-123-SLR |
| | ) |
| WILLIAM L. GARRETT | ) |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on February 7, 2007, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

John S. Malik , Esquire
jmalik@malik-law.com

/s/ Sharon L. Bernardo