IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-123-SLR |
| WILLIAM GARRETT, | : | |
| Defendant. | : | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss Counts 1, 2, 4, 5, 6, 7 and 8 of the Indictment, pursuant to the Memorandum of Plea Agreement dated March 20, 2007.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: June 20, 2007

**IT IS SO ORDERED** this 20th day of June, 2007.

_____
HONORABLE SUE L. ROBINSON
Chief United States District Judge