IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-123-SLR |
| | ) |
| WILLIAM L. GARRETT, JR., | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 13th day of February, 2008, having considered defendant's request to remove electronic monitoring as a condition of his home confinement;

IT IS ORDERED that defendant's request (D.I. 19) is denied. However, the United States Office of Probation and Pretrial Services shall be responsible for the costs associated with the electronic monitoring of defendant.

_____
United States District Judge